# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN FRANCISCO MORENO (6),<br><br>Defendant. | Case No. 10CR5016-H<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

GOOD CAUSE APPEARING and based on the Defendant's request, with no opposition from the United States, IT IS HEREBY ORDERED that the Defendant's unopposed request for early termination of supervised release is GRANTED. Accordingly, supervised release imposed on Defendant Martin Francisco Moreno is hereby terminated and the Defendant is hereby discharged from the remaining term of supervised release.

The Clerk is directed to send a copy of this Order to the United States Probation Office.

IT IS SO ORDERED.

DATED: August 13, 2024

_____
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

1

Case No. 10CR5016-H